Sealed

# Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. [_____]

In re:

Application of ROMAN VIKTOROVICH
TROTSENKO for an Order, Pursuant to 28 U.S.C.
§ 1782 to Obtain Discovery from DMITRY
VALERIEVICH LUTSENKO, MIRAX
DEVELOPMENT LLC, SKY CONCIERGE BY
MIRAX LLC, AND SKY REALTY BY MIRAX
LLC for Use in a Foreign Proceeding

**PROPOSED ORDER GRANTING APPLICATION
FOR JUDICIAL ASSISTANCE**

Applicant Roman Viktorovich Trotsenko (the "Applicant" or "Trotsenko") filed this application (the "Application") for an order pursuant to 28 U.S.C. § 1782 authorizing him to take discovery from (i) Mirax Development LLC; (ii) Sky Concierge by Mirax LLC; (iii) Sky Realty by Mirax LLC (collectively, the "Corporate Discovery Subjects") and (iv) Dmitry Valerievich Lutsenko ("Lutsenko" and, together with the Corporate Discovery Subjects, the "Discovery Subjects") for use in foreign proceedings. For the reasons set forth below, and for good cause shown, it is hereby:

**ORDERED** that the Application is **GRANTED** for the following reasons:

A. Trotsenko satisfies each statutory requirement for Section 1782 discovery: the Discovery Subjects are found in this District, the requested discovery is for

use in foreign proceedings, and Trotsenko, as a participant in those proceedings, is an interested person under Section 1782;

B. The discretionary factors favor granting the requested discovery, which will foster the twin aims of Section 1782; and it is further

**ORDERED** that the Applicant is authorized to serve the Corporate Discovery Subjects with the subpoenas attached to the Application as Exhibits 2-4 and directed to them; and it is further

**ORDERED** that each of the Corporate Discovery Subjects shall produce the documents in its possession, custody, and control that are responsive to the requests in the applicable subpoena directed to each of them, by no later than thirty (30) days after the entry of this Order; and it is further

**ORDERED** that the Applicant is authorized to serve Lutsenko with the subpoena attached to the Application as Exhibit 5 and directed to him; and it is further

**ORDERED** that Dmitry Valerievich Lutsenko shall produce the documents as requested in the applicable subpoena directed to him no later than thirty (30) days after the entry of this Order and shall provide deposition testimony within fifteen (15) days after he has produced the documents as requested in the applicable subpoena; and it is further

**ORDERED** that the Discovery Subjects shall preserve documents and evidence, electronic or otherwise, in their possession, custody or control that contain information potentially relevant to the subject matter of the document requests in the applicable subpoena.

Miami, Florida
Date: _____, 2017

_____
United States District Judge